UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CONSERVATION LAW FOUNDATION, INC.

Plaintiff,

v.

BILL WILLARD, INC.

Defendant.

Case No. 1:17-cv-10141-MPK

**ORDER GRANTING JOINT MOTION FOR TERMINATION OF CONSENT DECREE**

For the reasons described in the motion jointly filed by Plaintiff Conservation Law Foundation, Inc. and Defendant Bill Willard, Inc. (ECF No. 20), to which motion the United States Department of Justice has no objection (ECF No. 20-1), the Court hereby terminates the Consent Decree entered as an Order of the Court on August 25, 2017 (ECF Nos. 18, 19) ("Decree"), as of today and prior to the expiration of the five-year term of Decree.

ENTERED and DATED this 19th day of July, 2018, by:

Page Kelley

Honorable M. Page Kelley
United States Magistrate Judge